```
                              United States Bankruptcy Court
                                    District of Colorado
In re:                                                              Case No. 19-14141-EEB
Michael Dean Metzger                                                Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 1082-1           User: admin                 Page 1 of 1          Date Rcvd: Aug 26, 2019
                               Form ID: 177                Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2019.
db             +Michael Dean Metzger,    8767 East Dry Creek Road,    1321,   Centennial, CO 80112-2773
18436210       +Ad Astra Rec,    7330 West 33rd Street,    Witchita , KS 67205-9369
18436211       +Ann Kuberski,    2791 East 124th Cir,    Thorton , CO 80241-2700
18436213       +Carepoint Emergency Medicine,    PO Box 780,    Longmont , CO 80502-0780
18436216       +Dlvry Fn Svc,    7077 E Bell Rd,   Suite 200,    Scottsdale , AZ 85254-1517
18436217       +For Rent By Owner,    4833 Front Street,    Castle Rock , CO 80104-7902
18436218       +Fox Hills Cash,    PO Box 196,   Batesland, SD 57716-0196
18436222       +Moneytree,    10305 East Colfax Ave,    Aurora , CO 80010-2309
18436223       +NPAS Inc,    PO Box 99400,    Louisville , KY 40269-0400
18436224       +Recov Mge Sv,    4200 Cantera Drive,    Suite 211,   Warrenville , IL 60555-3040
18436226        US Dept Ed,   101 Marietta Tower,    Atlanta , GA 30323

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QHSENDER.COM Aug 27 2019 05:08:00      Harvey Sender,    600 17th St.,    Ste. 2800S,
                 Denver, CO 80202-5428
18436212       +EDI: CAPITALONE.COM Aug 27 2019 05:08:00      Capital One,    11013 W Broad St,
                 Glen Allen , VA 23060-6017
18436214       +EDI: HCA2.COM Aug 27 2019 05:08:00      Centennial,    14200 East Arapahoe Road,
                 Centennial , CO 80112-4065
18436215       +EDI: CCS.COM Aug 27 2019 05:08:00      Credit Collection Services,    2 Wells Ave,
                 Newton , MA 02459-3246
18436220       +E-mail/Text: lgbs.denver@lgbs.com Aug 27 2019 01:14:46       Linebarger Goggan Blair Sampson Llp,
                 11001 West 120th Ave,   Suite 215,    Broomfield, CO 80021-3494
18436219       +EDI: RESURGENT.COM Aug 27 2019 05:08:00      Lvnv Funding CO Resurgent Capital Services,
                 PO Box 1269,   Greenville , SC 29602-1269
18436221       +EDI: PARALONMEDCREDT Aug 27 2019 05:08:00      Medicredit,    PO Box 1629,
                 Maryland Heights , MO 63043-0629
18436225       +E-mail/Text: bankruptcy@speedyinc.com Aug 27 2019 01:13:39       Speedy Cash,
                 265 South Wadsworth Blvd,    Lakewood , CO 80226-1517
18436227       +E-mail/Text: bankruptcyreports@wakeassoc.com Aug 27 2019 01:14:35       Wakefield Associates Inc,
                 PO Box 58,   Fort Morgan , CO 80701-0058
                                                                                               TOTAL: 9

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2019 at the address(es) listed below:
              Harvey Sender    harveysender1@sendertrustee.com,
               hsender@ecf.axosfs.com;SPierce@sendertrustee.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 2
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Michael Dean Metzger | Social Security number or ITIN xxx–xx–5623 |
| | First Name  Middle Name  Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN ____ <br> EIN __–_____ |
| United States Bankruptcy Court | District of Colorado | |
| Case number: | 19–14141–EEB | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michael Dean Metzger

8/26/19    **By the court:** Elizabeth E. Brown
                                United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**